**No. 54423.**—Alberto Hernandez *v.* United States, petition 6684–R (Tampa).

Opinion by Rao, J. When this case was called for trial, petitioner requested permission to discontinue the action. The petition was therefore dismissed.

Before the Third Division, June 20, 1950

**No. 54424.**—Henry D. Gee Co. *v.* United States, protest 111783–K (Seattle).

Opinion by Cline, J. It was stipulated that certain items of the merchandise, limited to the quantity referred to in the stipulation under the title "Regulations complied with as to the following weights," i. e., 80,000 pounds in entry 0854, are the same in all material respects as the merchandise passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). The claim for free entry was sustained to this extent.

**No. 54425.**—M. J. Golombeck *v.* United States, protest 136039–K (Philadelphia).

Opinion by Cline, J. In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

**No. 54426.**—Wm. Adams, Inc., et al. *v.* United States, protests 143599–K, etc. (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54427.**—Bailey, Green & Elger, Inc., et al. *v.* United States, protests 147440–K, etc. (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests. .